OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
For The District of Montana

Tyler P. Gilman
Clerk of Court



Beth Conley
Chief Deputy Clerk

March 18, 2021

Clerk, U.S. District Court
District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001
1:21-mj-00306

Re: Case Number: 1:21-mj-00306

District of Montana Case Number, MJ-21-38-M-KLD US v. Andrew Cavanaugh

Dear Sir/Madam:

The above entitled case has been transferred back to your district. Andrew Cavanaugh appeared in our district on March 16, 2021, waived identity and was ordered released. Andrew Cavanaugh was ordered to report to the District of Columbia via Zoom on March 19, 2021 at 1:00 pm.

You may access electronically filed documents in this case via ECF/PACER web address: http://ecf.mtd.uscourts.gov.

Sincerely,

/s/ Kelsey Lapsys
Deputy Clerk,
Missoula Division